1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   JOHNNY ARELLANO,                        1:07-cv-01597-OWW-WMW (HC)

12                    Petitioner,
                                             ORDER AUTHORIZING
13         vs.                               IN FORMA PAUPERIS STATUS

14   JAMES TILTON,

15                    Respondent.
     _____/

16

17        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

18   pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to

19   proceed *in forma pauperis*.  The petition will be screened in due course.

20   IT IS SO ORDERED.

21   Dated:    November 6, 2007              /s/  William M. Wunderlich
                                            UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28