UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY ARELLANO, | 1:07-cv-01597-OWW-WMW (HC) |
| Petitioner, | |
| vs. | ORDER AUTHORIZING IN FORMA PAUPERIS STATUS |
| JAMES TILTON, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:   November 6, 2007**          /s/  **William M. Wunderlich**
                                      UNITED STATES MAGISTRATE JUDGE