**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOHNNY ARELLANO,** | No. CV-F-07-1597 OWW/WMW HC |
| **Petitioner,** | ORDER VACATING FINDINGS AND RECOMMENDATION FOR DISMISSAL OF ACTION FOR FAILURE TO OBEY COURT ORDER (Doc. 9) AND REMANDING ACTION TO MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS |
| vs. | |
| **JAMES E. TILTON,** | |
| **Respondent.** | |

On July 14, 2008, the United States Magistrate Judge recommended that this action be dismissed because of Petitioner's failure to file a status report on or before July 1, 2008 as required by the Order filed on June 10, 2008.

Petitioner timely filed objections to the recommendation.

The docket establishes that Petitioner filed a status report on July 1, 2008, pursuant to the "mailbox rule."  (Doc. 8).

Accordingly, the Findings and Recommendation for dismissal of this action is VACATED and this action is remanded to the Magistrate Judge for further proceedings.

1

1       IT IS SO ORDERED.

2  **Dated:    August 22, 2008**                              **/s/ Oliver W. Wanger**
                                                              UNITED STATES DISTRICT JUDGE