IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY ARELLANO, | 1:07-CV-1597 OWW WMW HC |
| Petitioner, | ORDER REQUIRING RESUBMISSION OF STATUS REPORT |
| vs. | |
| JAMES E. TILTON, | |
| Respondent. | TEN DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254. On June 10, 2008, this court entered an order granting Petitioner's request for a stay in this case pending exhaustion of his claim under Cunningham v. California, 127 S.Ct. 856 (2007). In connection with the stay, the court ordered Petitioner to file a monthly status report regarding his habeas corpus petition now pending in the state court.

On September 5, 2008, Petitioner filed a status report with the court. This report is defective in that it does not inform the court of the status of Petitioner's case in state court.

Rather, this brief document simply recites that it is a "status report," without providing the court with any information. Accordingly, Petitioner is HEREBY ORDERED to file, within ten (10) days of the date of service of this order, a new status report for September 2008. Petitioner shall inform the court whether he has filed his case in state court, and if so, which state court. He shall also inform this court of any progress in the case in state court, including any new rulings on his case by any state court. Petitioner SHALL PROVIDE this information in each of his subsequent monthly status reports. Petitioner's failure to comply with this order will result in the dismissal of this case.

IT IS SO ORDERED.

**Dated:   September 11, 2008**          **/s/  William M. Wunderlich**
                                          UNITED STATES MAGISTRATE JUDGE